IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Jones, Vendetta | Case Number: 07 B 14724 |
| | Judge: Squires, John H |
| Printed: 12/16/08 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,935.00 | |
| Secured: | | 804.46 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,959.61 |
| Trustee Fee: | | 170.93 |
| Other Funds: | | 0.00 |
| Totals: | 2,935.00 | 2,935.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,654.00 | 1,959.61 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 1,357.63 | 804.46 |
| 5. | Saxon Mortgage Services Inc | Secured | 1,620.00 | 0.00 |
| 6. | Carrington Mortgage Services, LLC | Secured | 16,134.80 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 30.09 | 0.00 |
| 8. | Nicor Gas | Unsecured | 122.21 | 0.00 |
| 9. | Nationwide Acceptance Corp | Unsecured | 22.92 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 58.31 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 823.44 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 115.00 | 0.00 |
| 13. | Target National Bank | Unsecured | 114.97 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 98.92 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 61.50 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 38.00 | 0.00 |
| 17. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 18. | Charter One Bank | Unsecured | | No Claim Filed |
| 19. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 20. | Josephinum Academy | Unsecured | | No Claim Filed |
| | | | $ 23,251.79 | $ 2,764.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Vendetta

Printed: 12/16/08

Case Number:  07 B 14724
Judge:  Squires, John H
Filed:  8/15/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 97.48 |
| 6.5% | 73.45 |
|  | $ 170.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

